SKT LAW, P.C.
Eliot F. Krieger, Esq. (SBN 159647) ekrieger@skt.law
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

SIMMONS WAGNER, LLP
Scott Simmons (SBN 146402) scott@simmonswagner.com
Dan Wagner (SBN 165844) dan@simmonswagner.com
200 Spectrum Center Drive, Suite 300
Irvine, CA 92618
(949) 288-2152 Telephone

Attorneys for Defendant MAHENDER MAKHIJANI

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1100
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONTINUUM ANALYTICS, INC., MAHENDER MAKHIJANI,

Plaintiffs,

vs

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 8:26-cv-00392-JVS-KES

Judge: James V. Selna

**[PROPOSED] ORDER ON DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

[Filed concurrently with Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

//

//

//

//

//

//

//

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1100
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

**PROPOSED ORDER**

Pursuant to the Stipulation between Plaintiffs CONTINUUM ANALYTICS, INC., MAHENDER MAKHIJANI, and Defendant UNITED STATES OF AMERICA ("Defendant"), collectively, the "Parties") **IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned action be dismissed in its entirety, without prejudice.

**IT IS ORDERED.**

Date: ___________________ ___________________________________________

Hon. James V. Selna
UNITED STATES DISTRICT COURT JUDGE