JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONTINUUM ANALYTICS, INC., MAHENDER MAKHIJANI,<br><br>Plaintiffs,<br><br>vs<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | CASE NO. 8:26-cv-00392-JVS-KES<br><br>Judge: James V. Selna<br><br>**ORDER ON DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [48]**<br><br>[Filed concurrently with Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

//

//

//

//

//

//

//

**ORDER**

Pursuant to the Stipulation between Plaintiffs CONTINUUM ANALYTICS, INC., MAHENDER MAKHIJANI, and Defendant UNITED STATES OF AMERICA ("Defendant"), collectively, the "Parties") **IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned action be dismissed in its entirety, without prejudice.

**IT IS ORDERED.**

Date: September 16, 2026

Hon. James V. Selna
UNITED STATES DISTRICT COURT JUDGE